IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENDRAIL TREMAINE BANKS,<br>KENDAIL BANKS,<br><br>        Plaintiff,<br><br>        v.<br><br>THE CITY OF PITTSBURGH, *et al.*,<br><br>        Defendants. | Civil Action No. 20-478<br><br>Judge Cathy Bissoon |

## JUDGMENT ORDER

FINAL JUDGMENT hereby is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.  This case has been dismissed with prejudice and marked closed.

IT IS SO ORDERED.


December 17, 2020                                          s\Cathy Bissoon
                                                                         Cathy Bissoon
                                                                         United States District Judge


cc (via ECF email notification):

All counsel of record


cc (via First-Class U.S. Mail):

Kendail Banks
2840 Mahoning Ave
Youngstown, OH 44509